# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.                                                    Cr.10-745 (PGS)

    v.                                                        O R D E R

ELIZABETH LABRUNA
Defendant

It is on this 1st day of November 2010,

Court ordered Ms. Elizabeth Labruna as a added modification that the defendant be permitted to travel to New York and Pennsylvania for work purposes.

_____
Peter G. Sheridan, U.S,D.J.